IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:  CASE NO: 05-81413

WILLIAM JOSEPH CHLAM, JR.  CHAPTER 7

Debtor(s)  HON. MARILYN SHEA-STONUM
BANKRUPTCY JUDGE

## TRANSMITTAL OF UNCLAIMED FUNDS

Marc P. Gertz, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to who such unnegotiated checks were issued, the amount of such check and their last known addresses are:

    Claim #10    Columbia Gas of Ohio, Inc.            $51.52
                 200 Civic Center Dr., 8th Fl
                 Columbus, OH 43215

2. Your trustee's check for $51.52 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: July 21, 2010

Marc P. Gertz, #0003808
Chapter 7 Trustee
Goldman & Rosen, Ltd.
11 S. Forge St.
Akron, OH 44304
Phone: 330.376.8336
Fax: 330.376.2522
mpgertz@goldman-rosen.com

Ck #1012
receipt # 81635

FILED 2010 JUL 23 PM 1:11
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON